## TASKS PERFORMED BY TRUSTEE

The Trustee filed a Motion Employ Special Counsel to prosecute a personal injury claim, which was granted. The Trustee filed a Motion To Authorize Settlement, which was granted. The Trustee filed a an Objection to additional exemptions claimed by the debtor, which was withdrawn. The Trustee filed a Motion To Authorize Distribution of a sum to the debtor before the filing of the Final Report because of hardship, which was granted. No tax returns were required since this was a personal injury case.

The Trustee prepared this Final Report and will appear in Joliet for a final hearing. The Trustee will issue distribution checks to creditors entitled to same. The Trustee will prepare a new distribution report after the final hearing is conducted. The Trustee will prepare a Final Account when all checks have cleared.

**Exhibit A**