**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>SPIERS, ROBERT A<br>SPIERS, CONSTANCE M<br><br>                    **Debtor(s)** | CHAPTER 7 CASE<br><br>CASE NO. 05-61191 BL<br><br>JUDGE Bruce W. Black(Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  Will County Court Annex
         57 N. Ottawa St., Room 201
         Joliet, Illinois 60432

    on:  **January 16, 2009**
    at:  **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $     430,280.38

    b. Disbursements                         $     276,576.98

    c. Net Cash Available for                $     153,703.40
    Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $12,500 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,612.18 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%, plus interest.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 6 | Illinois Department Of Revenue | $ 10,612.18 | $ 10,612.18 |

7. Claims of general unsecured creditors totaling $58,416.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Capital One Bank | $ 960.46 | $ 960.46 |
| 1I | Capital One Bank | $ 127.68 | $ 127.68 |
| 2 | Sallie Mae | $ 34,699.58 | $ 34,699.58 |
| 2I | Sallie Mae | $ 4,612.74 | $ 4,612.74 |
| 3 | World Financial Network National Bank | $ 498.52 | $ 498.52 |
| 3I | World Financial Network National Bank | $ 66.27 | $ 66.27 |
| 4 | Chase Bank USA, N.A. | $ 7,383.22 | $ 7,383.22 |
| 4I | Chase Bank USA, N.A. | $ 981.48 | $ 981.48 |
| 6 -2 | Illinois Department Of Revenue | $ 3,410.00 | $ 3,410.00 |

| | | | |
|---|---|---|---|
| 6I | Illinois Department Of Revenue | $ 1,410.72 | $ 1,410.72 |
| 6I-2 | Illinois Department Of Revenue | $ 453.30 | $ 453.30 |
| 7 | Credit First NA | $ 465.19 | $ 465.19 |
| 7I | Credit First NA | $ 61.84 | $ 61.84 |
| 8 | National City Bank | $ 8,741.31 | $ 8,741.31 |
| 8I | National City Bank | $ 1,162.01 | $ 1,162.01 |
| 9 | Kohl's Department Store | $ 715.19 | $ 715.19 |
| 9I | Kohl's Department Store | $ 95.07 | $ 95.07 |
| 10 | Citibank USA N A | $ 109.95 | $ 109.95 |
| 10I | Citibank USA N A | $ 14.62 | $ 14.62 |
| 11 | Citibank USA N A | $ 1,433.29 | $ 1,433.29 |
| 11I | Citibank USA N A | $ 190.53 | $ 190.53 |
| SURPLUS | SPIERS, ROBERT A | $ 62,998.25 | $ 62,998.25 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposed to abandon the following property at the hearing:


Dated: **December 24, 2008**            For the Court,


**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: MICHAEL G. BERLAND
Address: 1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
Phone No.: (312) 855-1272

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Dec 24, 2008
Case: 05-61191                 Form ID: pdf002              Total Served: 55

The following entities were served by first class mail on Dec 26, 2008.
db           +Robert A Spiers,    225 Walsh Circle,    Yorkville, IL 60560-9198
jdb          +Constance M Spiers,    225 Walsh Circle,    Yorkville, IL 60560-9198
aty          +C David Ward,    Illini Legal Services Chartered,    1700 N Farnsworth Ave,
               Aurora, IL 60505-1523
tr           +Michael G Berland,    1 N LaSalle St,   No.1775,    Chicago, IL 60602-4065
10373190     +Argent Healthcare Financial Services,    7650 Magna Drive,    Belleville, IL 62223-3366
10373191     +Associated Pathologists Of Elmhurst,    P. O.Box 3680,    Peoria, IL 61612-3680
10373193     +CBUSASEARS,    P. O. Box 6189,   Sioux Falls, SD 57117-6189
10373200     +CRDT First,    6275 Eastland Road,    Brook Park, OH 44142-1399
10544198     +Capital One Bank,    C/O TSYS Debt Management,    Pob 5155,    Norcross, GA 30091-5155
10373192     +Capital One Bank,    P. O. Box 790217,    St. Louis, MO 63179-0217
10373194      Centennial Counseling Center,    106 Countryside Parkway,    Yorkville, IL  60560
10373195     +Chase Bank,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
10770423     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10373197     +CitiFinancial,    2835 Aurora Avenue,    Naperville, IL 60540-0958
10373196      CitiFinancial,    2035 Wet 4th Street,    Tempe, AZ  85291
10868406     +Citibank USA N A,    Pob 182149,   Columbus, OH 43218-2149
10872277     +Citibank USA N A,    DBA The Home Depot,    Pob 9025,    Des Moines, IA 50368-9025
10373198     +Community Neurologic Center,    2401 Kaneville Road, Suite 8,    Geneva, IL 60134-2577
10373199     +Copley OB/GYNE Associates,    P. O. Box 2091,    Aurora, IL 60507-2091
10773646     +Credit First NA,    P O Box 818011,    Cleveland, OH 44181-8011
10373201     +Dell FInancial,    One Dell Way,    Round Rock, TX 78682-7000
10373202     +Elmhurst Clinic,    75 Remittance Drive, Suite 1253,    Chicago, IL 60675-1253
10373203      Elmhurst Memorial Healthcare,    P. O. Box 92348,    Chicago, IL  92348
10373204     +Elmhurst Memorial Hospital,    75 Remittance Drive, Suite 6383,    Chicago, IL 60675-6383
10373205     +Elmhurst Outpatient Surgery Center,    1200 South York Road, Suite 1400,    Elmhurst, IL 60126-5633
10373206     +Great Bank Of Algonquin,    234 South Randall Road,    Algonquin, IL 60102-9706
10373207     +Guardian Anesthesia Assoc.,    185 Penny Avenue,    East Dundee, IL 60118-1454
10373209     +HSBC/BestBuy,    P. O. Box 15519,    Wilmington, DE 19850-5519
10373208     +Home Depot,    P. O. Box 689100,    Des Moines, IA 50364-0001
10772500    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
               100 West Randolph Street  Level 7-410,    Chicago, Illinois 60601)
10373210     +Ian Field, CPA,    30 Eucalyptus Kroll,    Mill Valley, CA 94941-2258
10373189     +Illini Legal Services,    1700 North Farnsworth Ave,    Aurora, IL 60505-1523
10373211     +Illinois Department Of Revenue,    P. O. Box 19026,    Springfield, IL 62794-9026
10795118     +Kohl’s Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
10373212      Kohl’s Department Store,    N56 W 1700 Ridgewood Drive,    Menomonee Falls, WI  53051
10373213     +Kupisch & Carbon,    201 N. Church Road,    Bensenville, IL 60106-4310
10373214     +MaryAnn Shierici,    420 South York Street,    Elmhurst, IL 60126-3941
10774193     +National City Bank,    Pob 500 K-A16-2J,    Portage,MI 49081-0500
10373215     +National City Credit,    4661 East Main Street,    Columbus, OH 43251-0001
10373216     +National City Mortgage,    205 West Fourth Street,    Cincinnati, OH 45202-2628
10373217     +Professional Fee FInancing,    P. O. Box 1003,    Totowa, NJ 07511-1003
10373218     +Quest Diagnostics,    P. O. Box 64804,    Baltimore, MD 21264-4804
10373219     +Rush Copley Medical Center,    2000 Ogden Avenue,    Aurora, IL 60504-5893
10373221     +SM Servicing,    P. O. Box 9500,    Wilkes Barre, PA 18773-9500
10756012     +Sallie Mae,    c/o Sallie Mae Inc,    220 Lasley Avenue,    Wilkes-Barre, Pa 18706-1496
10373220     +Sandwich Family Practice,    1 East County Line Road,    Sandwich, IL 60548-2372
10373188     +Spiers Constance M,    225 Walsh Circle,    Yorkville, IL 60560-9198
10373187     +Spiers Robert A,    225 Walsh Circle,    Yorkville, IL 60560-9198
10373222     +THD/CBUSA,    P.O. Box 9714,    Gray, TN 37615-9714
10373223     +Trustmark,    Regional Benefits Office,    8324 South Avenue,    Boardman, OH 44512-6417
10373224     +U. S. Cellular,    C/O Afni, Inc.,    P. O. Box 3097,    Bloomington, IL 61702-3097
10373226     +WFFINANCE,    1115 N. Salem Drive,    Schaumburg, IL 60194-1332
10373227     +WFNNB/Avenue,    P. O. Box 2974,    Shawnee Mission, KS 66201-1374
10373225     +Wells Fargo Financial,    1248 North Lake Street,    Aurora, IL 60506-2453
10765948     +World Financial Network National Bank,    The Avenue,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Dec 24, 2008
Case: 05-61191                Form ID: pdf002          Total Served: 55

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 26, 2008**                            **Signature:**    _Joseph Speetjens_