**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SPIERS, ROBERT A           § Case No. 05-61191
   SPIERS, CONSTANCE M      §
                §
Debtor(s)                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

  MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $18,605.00 |
| Total Distribution to Claimants: $162,318.95 | Claims Discharged Without Payment: $292,181.18 |
| Total Expenses of Administration: $161,576.98 | |

  3) Total gross receipts of $ 430,323.45 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 106,427.52 (see **Exhibit 2**), yielded net receipts of $323,895.93 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $100,000.00 | $100,000.00 | $100,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 172,466.00 | 161,576.98 | 161,576.98 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 24,738.18 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 348,425.61 | 62,854.98 | 62,845.98 | 62,318.95 |
| **TOTAL DISBURSEMENTS** | $373,163.79 | $335,320.98 | $324,422.96 | $323,895.93 |

    4) This case was originally filed under Chapter 7 on October 16, 2005.
. The case was pending for 51 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/30/2009          By: /s/MICHAEL G. BERLAND
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim-unscheduled | 1142-000 | 430,000.00 |
| Interest Income | 1270-000 | 323.45 |
| **TOTAL GROSS RECEIPTS** | | **$430,323.45** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert Spiers | Payment of pi exemption | 8100-002 | 7,500.00 |
| Robert Spiers & Constance Spiers | Payment of partial surplus per court order | 8200-002 | 20,000.00 |
| SPIERS, ROBERT A | Dividend paid 95.09% on $82,998.25; Claim# SURPLUS; Filed: $82,998.25; Reference: | 8200-000 | 0.00 |
| Robert & Constance Spiers | Payment of surplus funds to debtors | 8200-002 | 78,927.52 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$106,427.52** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Great Western Casualty-subrogee off Backhorse Carrier | 4220-000 | N/A | 100,000.00 | 100,000.00 | 100,000.00 |
| TOTAL SECURED CLAIMS | | $0.00 | $100,000.00 | $100,000.00 | $100,000.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 23,389.02 | 12,500.00 | 12,500.00 |
| Law offices Of Andrew Kryder | 3210-600 | N/A | 143,333.33 | 143,333.33 | 143,333.33 |
| Law Office Of Andrew Kryder | 3220-610 | N/A | 5,743.65 | 5,743.65 | 5,743.65 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 172,466.00 | 161,576.98 | 161,576.98 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department Of Revenue | 5800-000 | 24,738.18 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 24,738.18 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital One Bank | 7100-000 | 1,064.46 | 960.46 | 960.46 | 960.46 |
| Capital One Bank | 7990-000 | N/A | 127.68 | 127.68 | 127.68 |
| Sallie Mae | 7100-000 | 32,819.00 | 34,699.58 | 34,699.58 | 34,699.58 |
| Sallie Mae | 7990-000 | N/A | 4,612.74 | 4,612.74 | 4,612.74 |
| World Financial Network National Bank | 7100-000 | N/A | 498.52 | 498.52 | 498.52 |
| World Financial Network National Bank | 7990-000 | N/A | 66.27 | 66.27 | 66.27 |
| Chase Bank USA, N.A. | 7100-000 | 7,383.00 | 7,383.22 | 7,383.22 | 7,383.22 |
| Chase Bank USA, N.A. | 7990-000 | N/A | 981.48 | 981.48 | 981.48 |
| Illinois Department Of Revenue | 7100-000 | 3,410.00 | N/A | N/A | 0.00 |
| Illinois Department Of Revenue | 7990-000 | N/A | 9.00 | 0.00 | 0.00 |
| Illinois Department Of Revenue | 7990-000 | N/A | N/A | 0.00 | 0.00 |
| Credit First NA | 7100-000 | 1,329.00 | 465.19 | 465.19 | 0.00 |
| Credit First NA | 7990-000 | N/A | 61.84 | 61.84 | 0.00 |
| National City Bank | 7100-000 | 8,531.00 | 8,741.31 | 8,741.31 | 8,741.31 |
| National City Bank | 7990-000 | N/A | 1,162.01 | 1,162.01 | 1,162.01 |
| Kohl's Department Store | 7100-000 | 693.00 | 715.19 | 715.19 | 715.19 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Kohl's Department Store | 7990-000 | N/A | 95.07 | 95.07 | 95.07 |
| Citibank USA N A | 7100-000 | 109.00 | 109.95 | 109.95 | 109.95 |
| Citibank USA N A | 7990-000 | N/A | 14.62 | 14.62 | 14.62 |
| Citibank USA N A | 7100-000 | 1,433.00 | 1,433.29 | 1,433.29 | 1,433.29 |
| Citibank USA N A | 7990-000 | N/A | 190.53 | 190.53 | 190.53 |
| Elmhurst Memorial Hospital | 7100-000 | 68.64 | N/A | N/A | 0.00 |
| Elmhurst Outpatient Surgery Center | 7100-000 | 165.00 | N/A | N/A | 0.00 |
| Home Depot | 7100-000 | 1,186.00 | N/A | N/A | 0.00 |
| Guardian Anesthesia Assoc. | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| Elmhurst Memorial Hospital | 7100-000 | 57.50 | N/A | N/A | 0.00 |
| Elmhurst Memorial Healthcare | 7100-000 | 695.00 | N/A | N/A | 0.00 |
| Community Neurologic Center | 7100-000 | 251.00 | N/A | N/A | 0.00 |
| CitiFinancial | 7100-000 | 4,181.00 | N/A | N/A | 0.00 |
| Trustmark Regional Benefits Office | 7100-000 | unknown | N/A | N/A | 0.00 |
| Copley OB/GYNE Associates | 7100-000 | 212.99 | N/A | N/A | 0.00 |
| Elmhurst Clinic | 7100-000 | 284.00 | N/A | N/A | 0.00 |
| Dell FInancial One Dell Way | 7100-000 | 1,413.00 | N/A | N/A | 0.00 |
| HSBC/BestBuy | 7100-000 | 2,468.00 | N/A | N/A | 0.00 |
| Kupisch & Carbon | 7100-000 | 3,540.00 | N/A | N/A | 0.00 |
| U. S. Cellular C/O Afni, Inc. | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| Sandwich Family Practice | 7100-000 | 422.00 | N/A | N/A | 0.00 |
| WFFINANCE | 7100-000 | 2,640.00 | N/A | N/A | 0.00 |
| Wells Fargo Financial | 7100-000 | 3,510.00 | N/A | N/A | 0.00 |
| Rush Copley Medical Center | 7100-000 | 585.00 | N/A | N/A | 0.00 |
| WFNNB/Avenue | 7100-000 | 455.00 | N/A | N/A | 0.00 |
| Rush Copley Medical Center | 7100-000 | 217.00 | N/A | N/A | 0.00 |
| Professional Fee FInancing | 7100-000 | 2,657.92 | N/A | N/A | 0.00 |
| Centennial Counseling Center | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Rush Copley Medical Center | 7100-000 | 460.00 | N/A | N/A | 0.00 |
| Quest Diagnostics | 7100-000 | 746.00 | N/A | N/A | 0.00 |
| Ian Field, CPA | 7100-000 | 675.00 | N/A | N/A | 0.00 |
| Argent Healthcare Financial | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| Associated Pathologists Of Elmhurst | 7100-000 | 225.00 | N/A | N/A | 0.00 |
| Associated Pathologists Of Elmhurst | 7100-000 | 39.10 | N/A | N/A | 0.00 |
| National City Mortgage | 7100-000 | 227,876.00 | N/A | N/A | 0.00 |
| MaryAnn Shierici | 7100-000 | 7,180.00 | N/A | N/A | 0.00 |
| Great Bank Of Algonquin | 7100-000 | 9,335.00 | N/A | N/A | 0.00 |
| CitiFinancial | 7100-000 | 19,774.00 | N/A | N/A | 0.00 |
| Clerk Of Bankruptcy Court | 7100-000 | N/A | 527.03 | 527.03 | 527.03 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 348,425.61 | 62,854.98 | 62,845.98 | 62,318.95 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-61191 | Trustee: | (520196) MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | SPIERS, ROBERT A | Filed (f) or Converted (c): | 10/16/05 (f) |
| | SPIERS, CONSTANCE M | §341(a) Meeting Date: | 03/02/06 |
| Period Ending: 12/30/09 | | Claims Bar Date: | 08/22/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 225 Walsh Circle, Yorkville-scheduled | 280,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Wearing apparel-scheduled | 350.00 | 0.00 | | 0.00 | FA |
| 5 | Workman's compensation claim-scheduled | Unknown | 0.00 | | 0.00 | FA |
| 6 | 1999 Chevrolet Astro Van-scheduled | 2,155.00 | 0.00 | | 0.00 | FA |
| 7 | Personal injury claim-unscheduled | 0.00 | Unknown | | 430,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 323.45 | Unknown |
| 8 | Assets    Totals (Excluding unknown values) | $283,605.00 | $0.00 | | $430,323.45 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee employed special counsel for a personal injury case. The Trustee settled the personal injury case. the Trustee filed his Final Report and it is scheduled for hearing in Janaury 2009.

| Initial Projected Date Of Final Report (TFR): | May 31, 2010 | Current Projected Date Of Final Report (TFR): | May 31, 2010 |
|---|---|---|---|

Printed: 12/30/2009 10:18 AM    V.11.53

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-61191 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | SPIERS, ROBERT A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | SPIERS, CONSTANCE M | | Account: | ***-*****28-65 - Money Market Account |
| Taxpayer ID #: | 13-7585085 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/30/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/15/08 | {7} | Travelers | Payment of PI settlement per court order | 1142-000 | 430,000.00 | | 430,000.00 |
| 01/17/08 | 1001 | Law offices Of Andrew Kryder | Payment of special counsel attorney fee per court rocer | 3210-600 | | 143,333.33 | 286,666.67 |
| 01/17/08 | 1002 | Law Office Of Andrew Kryder | Payment of special counsel expneses per court order | 3220-610 | | 5,743.65 | 280,923.02 |
| 01/17/08 | 1003 | Great Western Casualty Company-subrogee of Blackhorse Carrie | Payment of workers comp lien per court order Stopped on 01/23/08 | 4220-000 | | 100,000.00 | 180,923.02 |
| 01/21/08 | | To Account #*********2866 | Trnasfer to pay pi exemption | 9999-000 | | 7,500.00 | 173,423.02 |
| 01/23/08 | 1003 | Great Western Casualty Company-subrogee of Blackhorse Carrie | Payment of workers comp lien per court order Stopped: check issued on 01/17/08 | 4220-000 | | -100,000.00 | 273,423.02 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 70.18 | | 273,493.20 |
| 01/31/08 | 1004 | Great Western Casualty-subrogee off Backhorse Carrier | Payment of workers compensation lient per court order | 4220-000 | | 100,000.00 | 173,493.20 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 44.49 | | 173,537.69 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 32.23 | | 173,569.92 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 24.21 | | 173,594.13 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 21.73 | | 173,615.86 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 22.06 | | 173,637.92 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 22.06 | | 173,659.98 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 20.64 | | 173,680.62 |
| 09/22/08 | 1005 | Robert Spiers & Constance Spiers | Payment of partial surplus per court order | 8200-002 | | 20,000.00 | 153,680.62 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 22.78 | | 153,703.40 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 17.17 | | 153,720.57 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 12.08 | | 153,732.65 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 10.90 | | 153,743.55 |
| 01/15/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 2.92 | | 153,746.47 |
| 01/15/09 | | To Account #*********2866 | Transfer for purpose of final distribution | 9999-000 | | 153,746.47 | 0.00 |
| | | | ACCOUNT TOTALS | | 430,323.45 | 430,323.45 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 161,246.47 | |
| | | | Subtotal | | 430,323.45 | 269,076.98 | |
| | | | Less: Payments to Debtors | | | 20,000.00 | |
| | | | NET Receipts / Disbursements | | $430,323.45 | $249,076.98 | |

{} Asset reference(s)

Printed: 12/30/2009 10:18 AM V.11.53

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-61191 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | SPIERS, ROBERT A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | SPIERS, CONSTANCE M | | Account: | ****-*****28-66 - Checking Account |
| Taxpayer ID #: | 13-7585085 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/30/09 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/21/08 | | From Account #*********2865 | Trnasfer to pay pi exemption | 9999-000 | 7,500.00 | | 7,500.00 |
| 01/23/08 | 101 | Robert Spiers | Payment of pi exemption | 8100-002 | | 7,500.00 | 0.00 |
| 01/15/09 | | From Account #*********2865 | Transfer for purpose of final distribution | 9999-000 | 153,746.47 | | 153,746.47 |
| 01/21/09 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $12,500.00, Trustee Compensation; Reference: | 2100-000 | | 12,500.00 | 141,246.47 |
| 01/21/09 | 103 | Capital One Bank | Dividend paid 100.00% on $960.46; Claim# 1; Filed: $960.46; Reference: | 7100-000 | | 960.46 | 140,286.01 |
| 01/21/09 | 104 | Sallie Mae | Dividend paid 100.00% on $34,699.58; Claim# 2; Filed: $34,699.58; Reference: | 7100-000 | | 34,699.58 | 105,586.43 |
| 01/21/09 | 105 | World Financial Network National Bank | Dividend paid 100.00% on $498.52; Claim# 3; Filed: $498.52; Reference: | 7100-000 | | 498.52 | 105,087.91 |
| 01/21/09 | 106 | Chase Bank USA, N.A. | Dividend paid 100.00% on $7,383.22; Claim# 4; Filed: $7,383.22; Reference: | 7100-000 | | 7,383.22 | 97,704.69 |
| 01/21/09 | 107 | Credit First NA | Dividend paid 100.00% on $465.19; Claim# 7; Filed: $465.19; Reference: Stopped on 01/26/09 | 7100-000 | | 465.19 | 97,239.50 |
| 01/21/09 | 108 | National City Bank | Dividend paid 100.00% on $8,741.31; Claim# 8; Filed: $8,741.31; Reference: | 7100-000 | | 8,741.31 | 88,498.19 |
| 01/21/09 | 109 | Kohl's Department Store | Dividend paid 100.00% on $715.19; Claim# 9; Filed: $715.19; Reference: | 7100-000 | | 715.19 | 87,783.00 |
| 01/21/09 | 110 | Citibank USA N A | Dividend paid 100.00% on $109.95; Claim# 10; Filed: $109.95; Reference: | 7100-000 | | 109.95 | 87,673.05 |
| 01/21/09 | 111 | Citibank USA N A | Dividend paid 100.00% on $1,433.29; Claim# 11; Filed: $1,433.29; Reference: | 7100-000 | | 1,433.29 | 86,239.76 |
| 01/21/09 | 112 | Capital One Bank | Dividend paid 100.00% on $127.68; Claim# 1I; Filed: $127.68; Reference: | 7990-000 | | 127.68 | 86,112.08 |
| 01/21/09 | 113 | Sallie Mae | Dividend paid 100.00% on $4,612.74; Claim# 2I; Filed: $4,612.74; Reference: | 7990-000 | | 4,612.74 | 81,499.34 |
| 01/21/09 | 114 | World Financial Network National Bank | Dividend paid 100.00% on $66.27; Claim# 3I; Filed: $66.27; Reference: | 7990-000 | | 66.27 | 81,433.07 |
| 01/21/09 | 115 | Chase Bank USA, N.A. | Dividend paid 100.00% on $981.48; Claim# 4I; Filed: $981.48; Reference: | 7990-000 | | 981.48 | 80,451.59 |
| 01/21/09 | 116 | Credit First NA | Dividend paid 100.00% on $61.84; Claim# 7I; Filed: $61.84; Reference: Stopped on 01/26/09 | 7990-000 | | 61.84 | 80,389.75 |
| 01/21/09 | 117 | National City Bank | Dividend paid 100.00% on $1,162.01; Claim# 8I; Filed: $1,162.01; Reference: | 7990-000 | | 1,162.01 | 79,227.74 |
| 01/21/09 | 118 | Kohl's Department Store | Dividend paid 100.00% on $95.07; Claim# 9I; Filed: $95.07; Reference: | 7990-000 | | 95.07 | 79,132.67 |

Subtotals: $161,246.47  $82,113.80

() Asset reference(s)                                    Printed: 12/30/2009 10:18 AM    V.11.53

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-61191 | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | SPIERS, ROBERT A | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | SPIERS, CONSTANCE M | Account: | ***.*****28-66 - Checking Account |
| Taxpayer ID #: | 13-7585085 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/30/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/21/09 | 119 | Citibank USA N A | Dividend paid 100.00% on $14.62; Claim# 101; Filed: $14.62; Reference: | 7990-000 | | 14.62 | 79,118.05 |
| 01/21/09 | 120 | Citibank USA N A | Dividend paid 100.00% on $190.53; Claim# 111; Filed: $190.53; Reference: | 7990-000 | | 190.53 | 78,927.52 |
| 01/21/09 | 121 | SPIERS, ROBERT A | Dividend paid 95.09% on $82,998.25; Claim# SURPLUS; Filed: $82,998.25; Reference: Stopped on 01/22/09 | 8200-000 | | 78,927.52 | 0.00 |
| 01/22/09 | 121 | SPIERS, ROBERT A | Dividend paid 95.09% on $82,998.25; Claim# SURPLUS; Filed: $82,998.25; Reference: Stopped: check issued on 01/21/09 | 8200-000 | | -78,927.52 | 78,927.52 |
| 01/22/09 | 122 | Robert & Constance Spiers | Payment of surplus funds to debtors | 8200-002 | | 78,927.52 | 0.00 |
| 01/26/09 | 107 | Credit First NA | Dividend paid 100.00% on $465.19; Claim# 7; Filed: $465.19; Reference: Stopped: check issued on 01/21/09 | 7100-000 | | -465.19 | 465.19 |
| 01/26/09 | 116 | Credit First NA | Dividend paid 100.00% on $61.84; Claim# 71; Filed: $61.84; Reference: Stopped: check issued on 01/21/09 | 7990-000 | | -61.84 | 527.03 |
| 02/19/09 | 123 | Credit First NA | Stopped on 06/01/09 | 7100-000 | | 465.19 | 61.84 |
| 02/19/09 | 124 | Credit First NA | Stopped on 06/01/09 | 7990-000 | | 61.84 | 0.00 |
| 06/01/09 | 123 | Credit First NA | Stopped: check issued on 02/19/09 | 7100-000 | | -465.19 | 465.19 |
| 06/01/09 | 124 | Credit First NA | Stopped: check issued on 02/19/09 | 7990-000 | | -61.84 | 527.03 |
| 06/01/09 | 125 | Clerk Of Bankruptcy Court | Pyment of unclaimed funds to Clerk | 7100-000 | | 527.03 | 0.00 |

| | ACCOUNT TOTALS | 161,246.47 | 161,246.47 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 161,246.47 | 0.00 | |
| | Subtotal | 0.00 | 161,246.47 | |
| | Less: Payments to Debtors | | 86,427.52 | |
| | NET Receipts / Disbursements | $0.00 | $74,818.95 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***.*****28-65 | 430,323.45 | 249,076.98 | 0.00 |
| Checking # ***.*****28-66 | 0.00 | 74,818.95 | 0.00 |
| | $430,323.45 | $323,895.93 | $0.00 |

{} Asset reference(s)

Printed: 12/30/2009 10:18 AM   V.11.53